

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2021

**BY ECF AND EMAIL**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States* **v.** *John D. McAfee and Jimmy G. Watson Jr.*, **21 Cr. 138 (LGS)**

Dear Judge Schofield:

  The Government respectfully encloses a copy of the above-referenced Indictment against defendants John David McAfee and Jimmy Gale Watson Jr. and a copy of an earlier-filed criminal Complaint against defendant McAfee, both of which were unsealed on March 5, 2021.  Defendant McAfee has been detained in Spain since October 2020 on separate criminal tax charges filed by the United States Department of Justice's Tax Division, and the Government is in the process of requesting that he be extradited from Spain for criminal prosecution in this case in the Southern District of New York.  Defendant Watson was arrested in the evening on March 4, 2021 in the Northern District of Texas; he retained Arnold A. Spencer, Esq. as defense counsel; he was presented before a United States Magistrate Judge in the Northern District of Texas on March 5, 2021; and a bail package was approved today allowing for his release from custody pursuant to the bail conditions set forth at docket entry number nine in the publicly available electronic docket for *United States* v. *Jimmy Gale Watson Jr.*, No. 21 Mag. 00142 (BJ) (N.D.Tex.).

  In light of the foregoing, the Government respectfully requests that (a) this Court schedule a date during the week of March 22 or March 29, 2021 (with the exception of March 30, 2021, a date on which defense counsel is unavailable) for defendant Watson's arraignment in the Southern District of New York; and (b) that time under the Speedy Trial Act be excluded until the date of that arraignment pursuant to 18 U.S.C. § 3161(h)(6) because defendant Watson is joined for trial with co-defendant McAfee, as to whom Speedy Trial Act time has not begun to run and no motion for severance has been granted, and pursuant to 18 U.S.C. § 3161(h)(7), in the interests of justice, to permit the parties to engage in discussions about potential resolutions of Watson's case and about a potential proposed scheduled for pretrial discovery, motion practice, and trial in the event that an agreed upon resolution cannot be reached.  Defendant Watson, through his counsel, consents to these requests.

The Government and defendant Watson, through his counsel, are available to appear for the arraignment either in person or via remote means as appropriate.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney
        Southern District of New York

by: \_\_\_/s_____
        Samson Enzer / Elizabeth Hanft
        Assistant United States Attorneys
        212-637-2342 / -2334

Encls.

cc:  Arnold A. Spencer, Esq. (by email)
    *Counsel for Defendant Jimmy G. Watson Jr.*