

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

<em>The Silvio J. Mollo Building<br>
One Saint Andrew's Plaza<br>
New York, New York 10007</em>

March 11, 2021

**BY ECF AND EMAIL**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. John D. McAfee and Jimmy G. Watson Jr.*, 21 Cr. 138 (LGS)

Dear Judge Schofield:

An arraignment in the above-captioned case has been scheduled for March 22, 2021, at 10:30 a.m., pursuant to Your Honor's referral to Magistrate Court.  The Government respectfully requests that the Court exclude time under the Speedy Trial Act between today and March 22, pursuant to 18 U.S.C. § 3161(h)(7), in the interests of justice, to permit the parties to engage in discussions about potential resolutions of Watson's case and about a potential proposed scheduled for pretrial discovery, motion practice, and trial in the event that an agreed upon resolution cannot be reached, and pursuant to 18 U.S.C. § 3161(h)(6) because defendant Watson is joined for trial with co-defendant McAfee, as to whom Speedy Trial Act time has not begun to run and no motion for severance has been granted.  Defendant Watson, through his counsel, consents to these requests.

Application Granted.  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and March 22, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and March 22, 2021, is excluded.  The Clerk of the Court is directed to terminate the letter motions at docket numbers 6 and 7.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: ___/s_____
Samson Enzer / Elizabeth Hanft
Assistant United States Attorneys
212-637-2342 / -2334

Dated: March 11, 2021
New York, New York

cc:  Arnold A. Spencer, Esq. (by email)
*Counsel for Defendant Jimmy G. Watson Jr.*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**