

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2021

**BY ECF AND EMAIL**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States* v. *John D. McAfee et al.*, 21 Cr. 138 (LGS)

Dear Judge Schofield:

The Office of the United States Attorney for the Southern District of New York (this "Office") respectfully submits this letter to inform the Court that defendant John David McAfee was reportedly found dead yesterday in his jail cell in Spain.

McAfee had been detained in Spain since October 2020 on criminal tax charges filed by the United States Department of Justice's Tax Division in the Western District of Tennessee. Earlier this year, this Office separately unsealed the above-referenced Indictment charging McAfee and a co-defendant with various fraud conspiracy, wire fraud, and money laundering conspiracy offenses stemming from fraudulent cryptocurrency promotion schemes, and commenced the process of requesting that McAfee be extradited from Spain for criminal prosecution in this case in the Southern District of New York.

This Office, through other components of the United States Government including the Justice Department's Office of International Affairs, is in the process of requesting from Spain a certificate of death or other proof of McAfee's death, as well as information about the cause of his death.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

by: ___/s_____
Samson Enzer / Elizabeth Hanft / Kiersten Fletcher
Assistant United States Attorneys
212-637-2342 / -2334 / -2238

cc: All Counsel of Record