

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *United States* v. *John D. McAfee and Jimmy G. Watson Jr.*, **21 Cr. 138 (LGS)**

Dear Judge Schofield:

    I write to respectfully request that the Court remove me as counsel of record in this case because I am leaving the United States Attorney's Office for other employment.

    Thank you very much for the Court's consideration.

                          Respectfully submitted,

                          AUDREY STRAUSS
                          United States Attorney
                          Southern District of New York

            by:  ___/s_____
                  Samson Enzer
                  Assistant United States Attorney
                  212-637-2342

cc:  All counsel of record