

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted.  The Clerk of the Court is directed to terminate Mr. Enzer as counsel of record and to terminate the letter motion at docket number 34.

Dated: September 17, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *United States* v. *John D. McAfee and Jimmy G. Watson Jr.*, 21 Cr. 138 (LGS)

Dear Judge Schofield:

I write to respectfully request that the Court remove me as counsel of record in this case because I am leaving the United States Attorney's Office for other employment.

Thank you very much for the Court's consideration.

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney
                Southern District of New York

      by:  /s
             Samson Enzer
              Assistant United States Attorney
              212-637-2342

cc:  All counsel of record