

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2021

**BY ECF AND EMAIL**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application Granted. The deadlines for discovery production and the filing of motions are adjourned sine die. The status conference currently scheduled for March 17, 2022, is rescheduled to **January 24, 2022, at 4:00 p.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 38.
>
> Dated: December 20, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *United States* v. *John D. McAfee and Jimmy G. Watson Jr.*, 21 Cr. 138 (LGS)

Dear Judge Schofield:

The Government respectfully submits this letter, with the consent of defendant Jimmy Gale Watson Jr., through his counsel, to jointly request that the Court suspend the case management schedule set forth in the Court's September 3, 2021 scheduling order (Dkt. 33), for the reasons set forth below.

Since the Government's September 2, 2021 letter, the Government has reviewed Watson's written submissions referenced therein and has determined, in the interest of justice and in light of Watson's unique circumstances, to enter into a deferred prosecution agreement with Watson. Although the Government has made that determination in principle, the parties have not yet had an opportunity to agree on the specific terms of such an agreement. The parties anticipate finalizing the agreement in early 2022. In light of that anticipated resolution, the parties jointly request that the Court suspend the current deadlines for producing Rule 16 discovery and for Rule 12(b)(3) motions. The parties further request that the Court advance the conference currently set for March 2022 to a date in February 2022, at which time the parties anticipate resolving the matter.

The Government has requested, and is still awaiting, official records related to the death of Watson's co-defendant, John David McAfee.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney
        Southern District of New York

by: _____
        Elizabeth Hanft / Kiersten A. Fletcher
        Assistant United States Attorneys
        212-637-2334 / -2238

cc: Arnold A. Spencer, Esq.