

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2022

**BY ECF AND EMAIL**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. John David McAfee*, 21 Cr. 138 (LGS)

Dear Judge Schofield:

      Please find attached a *nolle prosequi* application in the above-captioned matter.  As set forth in the application, and as the Government previously informed this Court (*see* Dkt. 31, 38), defendant John David McAfee died on June 23, 2021.  Attached to this letter as Exhibit A is a letter confirming McAfee's death provided by the Office of the Director General of Police, Interior Department, Generalitat of Catalonia. The proposed *nolle prosequi* is attached hereto as Exhibit B.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By: _____
      Kiersten A. Fletcher
      Elizabeth Hanft
      Assistant United States Attorneys
      (212) 637-2527/2334

Encls.

cc:  Nishay K. Sanan, Esq. (by ECF)