# EXHIBIT A

[emblem]
Generalitat of Catalonia
Interior Department
**Office of the Director General of Police**

Report Number
519135/2021 AT UIMARTORE
PAGE 1 of 1

**Date:** 6/24/2021
**Release of Record:**
519135/2021 AT UIMARTORE
**Subject:** NOTIFY DEATH
**Addressee:** AMERICAN CONSULATE IN SPAIN

Sir/Madam:

This letter is to inform you that, at 8:38 p.m. on 06/23/2021, the body of Mr. John David MCAFEE, born on 09/18/1945 in Cinderford (United Kingdom), son of Don Harold and Joan Ellen, and with passport (United Kingdom) number 564039271, was removed by the medical examiner on duty in the office of the presiding judge of Investigative Court Number 5 of Martorell.
The deceased was found inside of his cell in the Brians II Penitentiary Center.
The causes of death indicate suicide.
The body of the deceased was transferred to the Anatomical Forensic Institute of Barcelona (IMELEC) for the corresponding autopsy.
The penitentiary center is in charge of reporting to family members, attorney, and persons that he would have had as references.

**WE ARE ATTACHING:**
- Basic information sheet of the inmate called JOHN DAVID MCAFEE.

Sincerely,

[signature]

Sergeant with TIP 5745
Head of the Martorell Investigation Unit
Email: pere.ruizp@gencat.cat
Phone: 675788411

[stamp:] Generalitat of Catalonia, Interior Department, Office of the Director General of Police, Metropolitan Police Region South, ABP Martorell